IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| MIDWEST UROLOGY CENTER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 14-05165-CV-SW-REL |
| HARTFORD CASUALTY INSURANCE CO., | ) |
| Defendant. | ) |

## ORDER

Before the court is Plaintiffs' Motion to Dismiss Without Prejudice (Doc. No. 14).

Defendant does not object. Accordingly, it is

ORDERED that this action is dismissed without prejudice.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
March 17, 2015